UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 31  AM 11: 34

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| VIRGINIA TERRELL | CIVIL ACTION NO. 05-5192 |
| VERSUS | JUDGE: SECTION M<br>MAGISTRATE 3 |
| WINN-DIXIE MONTGOMERY, INC.,<br>PRESTIGE AND ASSOCIATES, INC. AND<br>JOHN DOE | MAGISTRATE JUDGE |

*************************************************************************

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED**, adjudged, and decreed that Plaintiff be and are granted leave to remand this action to the 22rd Judicial District Court, Parish of St. Tammany, State of Louisiana, on the grounds that this Court lacks jurisdiction over the subject matter of this action and that the removal was improper. _New Orleans_, Louisiana, this _31st_ day of _May_, 2006.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA

DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE

_____
J. Neale deGravelles (#29143)
618 Main Street
Baton Rouge, Louisiana 70801-1910
Bar Roll Number: 04808
Phone: 225/344-3735
Facsimile: 225/336-1146
**Attorney for Plaintiff**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____